IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDITH KATHLEEN PERKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-50-SLR/CJB ) |
| STATE OF DELAWARE DHSS/DSSC, | ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington this ⎮8⎮ᵗ day of September, 2013, having considered the Report and Recommendation of United States Magistrate Judge Christopher J. Burke issued on August 30, 2013, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 33) is adopted.

2. Defendant's motion to dismiss (D.I. 27) is denied.

_____
United States District Judge